**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALBERT HERNANDEZ a/k/a                                                              PLAINTIFF
Albert Casiano and Sonny Casiano, ADC #065214

v.                                            No. 5:10CV00100 JLH/JTR

J. MINOR, Disciplinary Court Judge,
Arkansas Department of Correction, *et al*.                                  DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to

the three strikes rule set forth in 28 U.S.C. § 1915(g).   Further, the Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order of Dismissal would not be taken in good faith.

DATED this 28th day of April, 2010.


_____
UNITED STATES DISTRICT JUDGE